UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

In re: | In proceeding under
| Chapter 11
REDHAWK LAND & HOSPITALITY, |
LLC |
| Case No. 25-42427
Debtor(s)

---

### Chapter 11 Subchapter V Trustee's Report of No Distribution

I, Steven M. Wallace, having been appointed trustee of the estate of the above-named debtor, report I collected funds totaling: $0.00.  The case was dismissed with no plan confirmed and no plan payments made to the trustee.  Pursuant to 11 U.S.C. § 330(a) on July 15, 2026, the Court ordered compensation of $4,632.00 be awarded to the trustee.  These funds have not yet been paid by the debtor to the trustee.  I hereby certify that the estate of the above-named debtor(s) has been fully administered through the date of dismissal.  I request that I be discharged from any further duties as trustee.

Date: July 17, 2026       By: Steven M. Wallace
                              Subchapter V Trustee

STATEMENT:  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-11(v)-NDR C**